UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 26-CR-20072-MOORE

UNITED STATES OF AMERICA,

       Plaintiff,

V.

Christopher Anthony Walters

       Defendant,

_____/

## ORDER

**THIS CAUSE** came before the Court pursuant to the arrest of the above-named defendant.

Being fully advised in the premises, it is hereby **ORDERED** and **ADJUDGED** that this case is

unsealed.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 2nd day of July, 2026.

_____
**ELLEN D'ANGELO**
**UNITED STATES MAGISTRATE JUDGE**