# COURT MINUTES
## Magistrate Judge Eduardo Sanchez

Atkins Building Courthouse - 6th Floor                    Date: 07/06/2026   Time: 10:00 AM

Defendant: Christopher Anthony Walters        J#: 73225-512   Case #: 26-CR-20072-MOORE

AUSA: Alexander Pogozelski                    Attorney: AFPD – Micki Bloom

Violation: BANK FRAUD AND AGGRAVATED IDENTITY THEFT

Proceeding: Detention Hearing; Arraignment           CJA Appt:

Bond/PTD Held: ☐ Yes  ☑ No        Recommended Bond:

Bond Set at: STIP – Pretrial Detention w/rights to revisit   Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as  directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language: English

Disposition:
 *Brady Order NOT given; On 7-2-26
Defendant Ordered to pay $5,000 by
1-2-27 for counsel/partial indigency **

Govt's ore tenus request for PTD is
**GRANTED** pursuant to Stipulated
Detention with rights to revisit;
No hearing held.
Defendant Arraigned.  *Reading of Indict.*
*Waived; Not Guilty plea entered Jury Trial*
*demanded; Standing Discovery Order requested.*
Defendant's ore tenus request for
entry of S.D.O. -**GRANTED**.

**BRADY ORDER GIVEN**

**NEXT COURT APPEARANCE**   Date:        Time:        Judge:              Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R.  10:33:18                              Time in Court:  3 minutes